IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICA D. SPADY,<br><br>                Plaintiff,<br><br>v.<br><br>THE BETHLEHEM AREA SCHOOL DISTRICT, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 12-6731 |

## ORDER

**AND NOW**, this 29th day of November 2016, upon consideration of Defendant's Motion for Reconsideration of the Court's Order Denying Summary Judgment (Doc. Nos. 44, 74), Plaintiff's Brief in Opposition to Defendant's Motion for Reconsideration (Doc. No. 75), Defendant's Reply Brief in Support of its Motion for Reconsideration (Doc. No. 76), Plaintiff's Supplemental Memorandum (Doc. No. 79), and Defendant's Supplemental Memorandum (Doc. No. 80), and in accordance with the Opinion of this Court issued this day, it is **ORDERED** that Defendant's Motion for Reconsideration (Doc. No. 74) is **GRANTED**.  It is **FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 44) is **DENIED**.

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky
                                                JOEL H. SLOMSKY, J.